UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| AMY MAYO, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GIRL SCOUTS OF THE UNITED STATES OF AMERICA; FERRERO U.S.A., INC.; and INTERBAKE FOODS, LLC d/b/a ABC BAKERS,<br><br>*Defendants.* | Case No. 1:25-cv-01367<br><br>**FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>**VOLUNTARY DISMISSAL OF CLAIMS BY PLAINTIFF MAYO ONLY** |

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), Plaintiff Amy Mayo hereby voluntarily dismisses all of her claims and causes of action against Defendants Girl Scouts of the United States of America, Ferrero U.S.A., Inc. and Interbake Foods, LLC d/b/a ABC Bakers without prejudice. This voluntary dismissal is only as to the claims of Plaintiff Mayo; this dismissal and does not affect the claims and causes of action for Plaintiffs Barbaro and Cholewa.

DATED: March 11, 2025

Respectfully submitted,

*/s/ Blake Hunter Yagman*

Jeffrey K. Brown
Blake Hunter Yagman
  LEEDS BROWN LAW, P.C.
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel.: (516) 873-9550
*jbrown@leedsbrownlaw.com*
*byagman@leedsbrownlaw.com*

*Attorneys for Plaintiffs and
the Proposed Class*