# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE BARBARO and JUDY CHOLEWA, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GIRL SCOUTS OF THE UNITED STATES OF AMERICA; FERRERO U.S.A., INC.; and INTERBAKE FOODS, LLC d/b/a ABC BAKERS, <br><br> Defendants. | Civil Action No.: 1:25-cv-01367 <br><br> NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT INTERBAKE FOODS, LLC d/b/a ABC BAKERS WITH PREJUDICE |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT INTERBAKE FOODS, LLC d/b/a ABC BAKERS WITH PREJUDICE

Plaintiffs Danielle Barbaro and Judy Cholewa, by and through undersigned counsel, hereby give notice pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure that the above captioned action is voluntarily dismissed with prejudice as to Defendant Interbake Foods, LLC d/b/a ABC Bakers.

Dated: April 22, 2025

/s/ Blake Yagman
Blake Hunter Yagman
Jeffrey K. Brown
LEEDS BROWN LAW, P.C.
One Old Country Road, Suite #347
Carle Place, New York 11514
Telephone: (929) 709-1493
byagman@leedsbrownlaw.com
jbrown@leedsbrownlaw.com